JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK D. PIÑA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>　　　　　Defendant. | CASE NO. 2:23-cv-02672-MCS (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing First Amended Complaint, **IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED: June 12, 2023

_____
MARK C. SCARSI
United States District Judge